RECEIVED
SEP 14 2006
Lacy, Kane,
Poulson & Smith, P.S.

MICHAEL E. McFARLAND
EVANS, CRAVEN LACKIE, P.S.
W. 818 Riverside
Suite 250, Lincoln Building
Spokane, WA 99201
(509) 455-5200

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOLENE GAYLE;<br><br>Plaintiffs,<br><br>vs.<br><br>EASTMONT SCHOOL DISTRICT NO. 206, a Washington municipal corporation;<br><br>Defendant. | NO. CV-05-137-EFS<br><br>ORDER OF DISMISSAL |

On hearing the Parties' Stipulation, and the Court being fully advised in the premises, it is

ORDERED that the above action is hereby dismissed with prejudice with respect to the claims against Defendant and no costs or fees are awarded.

ORDER OF DISMISSAL - Page 1

*Evans, Craven & Lackie, P.S.*
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

DATED this 20th day of September, 2006.

s/ Edward F. Shea
_____
The Honorable Edward F. Shea

Presented by:

EVANS, CRAVEN & LACKIE, P.S.

By _____
MICHAEL E. McFARLAND, JR., #23000
Attorneys for Defendant
818 W. Riverside, Suite 250
Spokane, WA 99201
Telephone: 509-455-5200
Facsimile: 509-455-3632

Presentment waived by:

LACY & KANE, P.S.

By _____
Steve Lacy, 10814
Attorney for Plaintiff
P.O. Box 7132
East Wenatchee, WA 98807-7132
509-884-9541
Facsimile: 509-884-4805

ORDER OF DISMISSAL - Page 2